IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ERIC J. MCGREGOR,

    Defendant.

4:25CR3088

INDICTMENT
18 U.S.C. § 2422(b)
18 U.S.C. § 2260A

The Grand Jury charges that

## COUNT I

Beginning on or about August 31, 2025, and continuing until on or about September 11, 2025, in the District of Nebraska and elsewhere, ERIC J. MCGREGOR, Defendant, did use a facility and means of interstate commerce to knowingly attempt to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in sexual activity for which the defendant could be charged with a criminal offense in violation of Nebraska state law.

In violation of Title 18, United States Code, Section 2422(b).

## COUNT II

Beginning on or about August 31, 2025 and continuing until on or about September 11, 2025 within the District of Nebraska, the defendant, ERIC J. MCGREGOR, Defendant, an individual required by law to register as a sex offender, committed a felony offense involving minors under Title 18, United States Code, Section 2251, as charged in Count I of this Indictment.

In violation of Title 18, United States Code, Section 2260A.

1

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

_____
Danielle Fliam #25658
Assistant U.S. Attorney