IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ERIC J. MCGREGOR,<br>Defendant. | **4:25CR3088**<br><br>**ORDER** |

This matter is before the court on the defendant, ERIC J. MCGREGOR's unopposed Motion to Continue Trial (Filing No. 62). Based upon recent developments described in Defendant's motion, Defense counsel and Defendant need more time to communicate regarding the merits of his case. The government has no objection to the continuance. For good cause shown and the reasons set forth in Defendant's motion,

**IT IS ORDERED** that the Motion to Continue Trial (Filing No. 62) is granted, as follows:

1. The telephone conference with counsel will remain scheduled before the undersigned magistrate judge at 9:15 a.m. on December 3, 2026. Counsel for the parties shall use the conferencing instructions provided by the court to participate in the call.
2. The jury trial now set for **December 28, 2026**, is continued to **March 29, 2027.**
3. Expert witness disclosures as required under Rule 16 must be served on or before March 19, 2027.
4. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 29, 2027**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.

Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

Dated this 20th day of November, 2026.

BY THE COURT:

s/ Jacqueline M. DeLuca
United States Magistrate Judge